UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**In Re**

Snowshoe Millworks LLC

**Appellant**

Sheila Coffin Harshman

      v.

**Civil Action No. 1:24-cv-12894-FDS**

**Appellee**

Stage Point Fund, LLC

**Trustee**

Chapter 7 Trustee Steven Weiss

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated July 2, 2025 (Dkt. No. 48), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

07/02/2025                                                  /s/ Melonie Cooke

Date                                                                Deputy Clerk